## 29 U.S.C. § 216(b) Consent to Join

I hereby consent to be a party plaintiff seeking unpaid wages and liquidated damages ("damages") against Caribou Coffee Company, Inc. and/or Einstein Bros. Bagels ("Defendant(s)"), and all entities and/or individuals that may be liable and/or jointly liable with Defendant(s) for my claimed damages pursuant to the federal Fair Labor Standards Act and/or the federal Portal-to-Portal Pay Act (collectively "FLSA/PPPA"). I further acknowledge that this consent is intended to be filed to recover my FLSA/PPPA damages against Defendant(s), and all other individuals and/or entities who are liable or may be jointly liable with Defendant(s), in any action or proceeding that may be filed on my behalf for such recovery, and this consent may be used in any such case or proceeding as necessary to the maximum extent allowed by law. By joining the action or proceeding in which this consent is filed, I designate the named plaintiff(s) and/or collective action representative plaintiff(s) in such action or proceeding as my representative(s) to make all decisions on my behalf, to the maximum extent permitted by law, concerning the method and manner of conducting the case including settlement, the entering of an agreement with plaintiff's/plaintiffs' counsel regarding payment of attorneys' fees and costs, and all other matters pertaining to the action or proceeding. For purposes of pursuing my FLSA/PPPA claims, I choose to be represented by attorneys with the law firm of Nilges Draher Vaught PLLC and other attorneys with whom they may associate.

Date: 8/10/2020         Signature: _____
                                    DocuSigned by:
                                    9607528504334FA...

                        Printed Name: Greg Gamby

Exhibit A